**DENY; and Opinion Filed July 2, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00790-CV

### IN RE JOHN CLOUD, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-61603**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Lang-Miers

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to conduct a hearing pursuant to rule 34.5(e) of the Texas Rules of Appellate Procedure. Relator was convicted of aggravated sexual assault of two children under age fourteen and sentenced to life imprisonment in each case. *Cloud v. State*, No. 05–96–00732–CR, 1998 WL 227941, at \*1 (Tex. App.—Dallas May 8, 1998, pet. ref'd). We affirmed the convictions seventeen years ago. *Id.* Relator now argues that "the record has been altered, amended, changed, redacted, and is not reliable" because there "are instruments spanning decades that conflict with the alleged RR [reporter's record] from the trial, police reports show alteration, outcry stmt [statement] amended . . . ."

To establish a right to mandamus relief in a criminal case, the relator must show that the trial court violated a ministerial duty and there is no adequate remedy at law. *In re State ex rel.*

*Weeks,* 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). We conclude relator has failed to establish his right to relief.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

150790F.P05